```
 1  KAREN P. HEWITT
    United States Attorney
 2  NICOLE ACTON JONES
    Assistant U.S. Attorney
 3  California State Bar No.231929
    United States Courthouse
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-5482

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1443-WQH |
|---|---|---|
| Plaintiff, | ) | DATE: July 22, 2008 |
|  | ) | TIME: 9:30 a.m. |
| v. | ) |  |
|  | ) | **NOTICE OF MOTION AND** |
| JESUS FUENTES-REYES, | ) | **MOTION TO FORFEIT BAIL** |
|  | ) |  |
| Defendant. | ) |  |

TO: W. SAMUEL HAMRICK, JR., CLERK OF THE COURT, AGENT FOR THE OBLIGORS; THE MATERIAL WITNESS, MARIO ARUIJO-GONZALEZ, HIS ATTORNEY, WAYNE MAYER, AND THE SURETY, JAIME MUNOZ

PLEASE TAKE NOTICE that pursuant to Rule 46(f)(1), Federal Rules of Criminal Procedure, plaintiff, United States of America, will bring a motion to forfeit bail on for hearing before this court in the courtroom of the Honorable Leo S. Papas, United States Magistrate Judge, United States Courthouse, 940 Front Street, San Diego, California, on <u>July 22, 2008 at 9:30 a.m.</u> or as soon thereafter as counsel can be heard.

//
//
//
//
//
//

1   The United States hereby moves this court to enter judgment against the above-named material
2   witness MARIO ARUIJO-GONZALEZ and surety JAIME MUNOZ, in the sum of $5,000.00 upon a
3   bond, a copy of which is attached hereto as Exhibit 1.
4   The aforesaid bond was executed by material witness, MARIO ARUIJO-GONZALEZ, and
5   JAIME MUNOZ, as a surety in the sum of $5,000.00 conditioned upon the material witness' appearance
6   as set forth in the bond.
7   On June 3, 2008 material witness, MARIO ARUIJO-GONZALEZ failed to surrender as
8   ordered to immigration authorities. She failed to surrender and has not contacted immigration
9   authorities.
10  The United States also asks the Court to issue a no bail warrant for the arrest of material
11  witness, MARIO ARUIJO-GONZALEZ.
12  This motion is based upon the pleadings, records and proceedings in this cause, together with
13  these motion papers.

Respectfully submitted,
Karen P. Hewitt
United States Attorney

DATED: July 2, 2008.            s/ *Nicole Acton Jones*
                                NICOLE ACTON JONES
                                Assistant United States Attorney
                                Attorneys for Plaintiff,
                                United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08CR1443-WQH |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| JESUS FUENTES-REYES, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Nicole Acton Jones, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motion and Motion to Forfeit Bail** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. **Mahir Sherif**
2. **Wayne Mayer**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. MARIO ARUIJO-GONZALEZ
   11854 South Main Street
   Los Angeles, CA 90061

2. JAIME MUNOZ
   11854 South Main Street
   Los Angeles, CA 90061

The last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2008.

s/ *Nicole Acton Jones*
Nicole Acton Jones