# EXHIBIT
# 1

Case 3:08-cr-01443-WQH    Document 8    Filed 04/24/2008    Page 1 of 10

*arr 8 4/17/08*

AUSA Approval: _____

| United States District Court | FILED | Southern District of California |
|---|---|---|

United States of America

v.

JESUS FUENTES REYES

FILED
APR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Crim. Case No.

Magis. Case No.    08 MJ 8326

We, JAIME MUÑOZ (name of surety) and MARIO AREIJO GONZALEZ (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ 5000.00 and there has been deposited in the Registry of the Court the sum of $ 500.00 in cash. This bond is conditioned upon and posted to secure the appearance of material witness MARIO AREIJO GONZALEZ to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: _____    Surety's Signature: _____ Jaime Muñoz p.

Surety's Home Address: 11854 Sur MAIN Street Los Angeles CA 90061

Material Witness' U.S. Address: 11854 Sur MAIN Street Los Angeles CA 90061

Acknowledgment: The surety noted above signed this bond before me, Wayne C. Mayer (print name of person witnessing surety's signature), on 4-18-08 (date), at San Diego, CA (city/state).

My address is: 4619 Van Dyke Avenue, San Diego, CA 92116

Signature Of Person Witnessing Surety's Signature: _____    Dated: 4-18-08

Bond Approved: _____ United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

FIANZA...

Aprobada por el Agente del Ministerio Público Federal: _____

| Tribunal de Distrito de los Estados Unidos | Distrito Sur de California |
|---|---|
| Estados Unidos de América<br><br>v. | Caso Penal Número: |
| | Número de Caso del Juez Auxiliar: |

Nosotros, _____ (nombre del fiador) y _____ (nombre del testigo esencial) depositamos esta fianza y reconocemos que tanto nosotros como nuestros representantes personales estamos obligados a pagarle a los Estados Unidos de América la suma de ___ **$5000** ___ y que se ha depositado en el Registro del Tribunal la cantidad de ___ **$500** ___ en efectivo. Esta fianza se deposita para garantizar la comparecencia del testigo esencial: _____ , para que preste testimonio en el caso que se indica en este documento, ya sea ante un Juez Auxiliar o un Juez de Distrito del Tribunal Federal para el Distrito Sur de California en San Diego, California y en cualesquier otro lugar que se requiera que comparezca el testigo esencial de conformidad con todas y cada una de las órdenes e indicaciones dictadas o emitidas por el Juez Auxiliar o cualquier Juez de Distrito en relación a la comparecencia del testigo esencial en el caso arriba mencionado, ya sea que el caso permanezca en ese distrito o se traslade a otro distrito. Además, la fianza de comparecencia también garantiza que el testigo esencial antes mencionado cumpla con todas y cada una de las órdenes judiciales, incluyendo que se entregue al Servicio de Inmigración.

Si el testigo esencial cumple y desempeña todas y cada una de las condiciones de esta fianza y comparece ante el tribunal cuando se le ordene, esta fianza quedará exonerada; pero si el testigo esencial no cumple con cualesquiera de las condiciones de esta fianza o no se presenta en el tribunal como se le ordena, el monto de la fianza se hará efectiva de inmediato. Cualquier Juez Auxiliar o Juez de Distrito que esté autorizado para presidir sobre el caso arriba mencionado puede declarar la pérdida de la fianza si el testigo esencial incumple con cualquiera de las condiciones de la misma. Si se pierde la fianza y dicha pérdida no se anula ni se perdona, se puede dictar una orden judicial en contra de los fiadores una vez que se haya presentado una petición para tal efecto ante el Tribunal Federal de Distrito para el Distrito Sur de California, ordenando el pago de la cantidad arriba indicada más costas e intereses. La orden judicial para la aplicación de dicho fallo, o el aseguramiento del pago se llevará a cabo conforme a lo dispuesto en el Reglamento Federal de Procedimientos Penales y otras leyes de los Estados Unidos.

Firma del testigo esencial: _____    Firma del fiador: x ___ Jaime Munoz R.

Domicilio del fiador: _____

Domicilio del testigo esencial en los Estados Unidos: _____

Certificación: El fiador arriba mencionado firmó esta fianza ante mí (escriba con letra de molde el nombre del testigo que certifica la firma del fiador), _____ , este día ____ de _____ de _____ en _____ (ciudad y estado).

Mi domicilio es: ___ **4619 Van Dyke Avenue, San Diego, CA 92116** ___

Firma del testigo que presencia la firma del fiador: _____    Fecha: _____

Fianza aprobada por: _____ , Juez Auxiliar o Juez Federal de Distrito de los Estados Unidos.

This form is not officially sanctioned by the Administrative Office or the Judicial Conference

K:\COMMON\CSA\forms\2005\Sp_matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, __JAIMA MUNOZ__ (print name of owner of cash), state that I reside at __11854 SUR LAIN STREET Los Angeles CA 90061__, and that I am the owner of the $ __500.00__ cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: __4-18-08__                    _Signature_
                                       Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, __JAIME MUNOZ__ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ __5000.00__, and that I reside at __11854 SUR LAIN STREET Los Angeles CA 90061__

Dated: __4-18-08__                    _Signature_
                                       Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: __4-18-08__                    _Signature_
                                       Signature of the Surety

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

RECEIVED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MD 150/4 500 DEPUTY

Yo, _Jaime Munoz_ (escríbase con letra de molde el nombre del dueño del dinero en efectivo), bajo protesta de decir verdad, declaro que vivo en: _____ y que soy el dueño de la cantidad de _$500_, misma que ha sido depositada en el Registro del Tribunal para garantizar esta fianza. El dinero me será devuelto al domicilio antes citado una vez que la fianza haya sido exonerada.

Acepto que dichos fondos estén sujetos a las disposiciones relativas a fianzas del Reglamento Judicial Local del Tribunal Federal de Distrito para el Distrito Sur de California y estoy de acuerdo que, tras haber recibido notificación con no menos de diez días de antelación, se proceda en forma sumaria si se llegase a dictar una resolución para el cobro de dicho efectivo prendario al incumplirse alguna de las condiciones de la fianza o en caso de la contumacia del testigo esencial.

Fecha: _4/18/08_                        _Jaime Munoz R_
                                        **Firma del Dueño del Efectivo Prendario**


### CERTIFICACIÓN DEL ESTADO FINANCIERO DEL FIADOR

Yo, _JAIME MUNOZ_ (escriba con letra de molde el nombre del fiador),

declaro bajo pena de perjurio, conforme a las leyes de los Estados Unidos de América, que tengo

un patrimonio de cuando menos $ _5000.00  S/_, y que vivo en_____

_11854- S- MAIN-ST. L.A. CA 90061_

Fecha: _04/8/08_                        _Jaime Munoz R_
                                        **Firma del Fiador**


### PROMESA Y DECLARACIÓN DEL FIADOR

Entiendo que al firmar esta fianza me estoy haciendo responsable de que el testigo esencial comparezca en el tribunal y cumpla con todas y cada una de las condiciones y órdenes para su libertad caucional que le señale el juez. Si el testigo esencial no comparece ante el tribunal como se le ordena, o si no cumple con las condiciones para su libertad caucional, o no obedece cualesquiera de las órdenes del tribunal, yo estaré obligado a pagar la cantidad completa de la fianza, y cualquier cantidad en efectivo que yo haya depositado ante el tribunal podrá ser confiscada por el gobierno de los Estados Unidos para satisfacer parcialmente las obligaciones de esta fianza, y se podrá dictar una resolución judicial en mi contra por el valor completo de la fianza.

Fecha: _04/08/08_                        _Jaime Munoz R_
                                        **Firma del Fiador**


This form is not officially sanctioned by the Administrative Office or the Judicial Conference
K:\COMMON\CSA\forms\2005\Sp_matwit_bnd.wpd

## CASE INFORMATION

Case Name: U.S. v. _JESUS FUENTE ROYOS_          Case No. _08 MJ 8326_

AUSA Name: _Dirty Moore_          AUSA Telephone: _557 5956_

Case Agent: _USBP_          Agency: _Rodriguez_

## INFORMATION ABOUT THE MATERIAL WITNESS

Name: _Mario Aragio Gonzalez_          A-Number: _A # 88 268 257_

Date of Birth: _2-20 84_          Immigration Status: _illegal alien_

Foreign Address: _MEXICO_

Did The Material Witness Sign An I-826? _—_          Relationship to Defendant: _None_

## PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE

Name: _Jaime Munoz Rodriguez_          Relationship to Witness: _GOD FATHER_

Home Address: _11854 Sur Main St. Los Angeles 90061_

Business Address: _AAA ADVANCE FINISHING 11645 S Broadway, Los Angeles CA 90061_

Home Telephone: _323 - 756 - 4635_          Business Telephone: _323 - 754 · 2880_

_Cell 323 - 496 - 5538_

## RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.

Name: ___          Relationship to Witness: ___

Home Address: _N/A_

Business Address: ___

Home Telephone: ___          Business Telephone: ___

## ATTORNEY FOR THE MATERIAL WITNESS

Name: **Wayne C. Mayer**          Tel: **619-281-9263**          Fax: **619-281-2963**

Address: **4619 Van Dyke Avenue, San Diego, CA 92116**

## INFORMATION ABOUT THE SURETY

Name: _JAIME MUNOZ_          Relationship to Witness: _GOD FATHER_

Immigration Status: _Resident Alien 091726 13_ Relationship to Defendant: _None_

Home Address: _11854 Sur MAIN Street Los Angeles CA 90061_

Business Address: _11645 S. Broadway, Los Angeles CA 90061_

Home Telephone: _323 - 756 - 4635_          Business Telephone: _323 754 · 2880_

Does The Surety Have An Immigration Record (if so, the charges): _NO_

Does The Surety Have A Criminal Record (if so, the charges): _NO_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## FOR INS USE ONLY

1. MATERIAL WITNESS ☐          SURRENDERED ☐          FAILED TO APPEAR ☐

2. _____          _____
   Signature                          Date

K:\COMMON\CSA\forms\2005\mstwit_info_sht.wpd









| Check Number | Check Date | Period Start | Period Ending | Net |
|---|---|---|---|---|
| 006748 | 03/14/2008 | 03/06/2008 | 03/12/2008 | 292.96 |

| Employee ID | 0009 |
|---|---|
| Employee Name | JAIME MUNOZ |
| Address | 12219 ALPINE AVE |
| City, State, Zip | LYNWOOD, CA 90262 |
| Phone | |
| Soc. Sec. No. | XXX-XX-8576 |

| Company ID #. | 000001 |
|---|---|
| Employer | AAA ADVANCE FINISHING CO., INC. |
| Address | 11645 S. BROADWAY |
| City, State, Zip | LOS ANGELES, CA 90061 |
| Phone | 323-754-2880 |
| Job Title | |

Comments:                                   US M-3 CA M-3

## Earnings

| Dept. | Description | Hours | Rate | Current | Year To Date |
|---|---|---|---|---|---|
| 3 | Regular Hourly Wages | 40 | 8.00 | 320.00 | 2,830.00 |
| | | | | | |
| | | Current | Year To Date | | |
| | **TOTAL** | 320.00 | 2,830.00 | | |

| Reg Hrs | OT Hrs | DT Hrs | Union Hrs |
|---|---|---|---|
| 40 | 0 | 0 | 0 |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| CA SDI | 2.56 | 22.64 |
| US Medicare/HI | 4.64 | 41.04 |
| US Soc.Sec./OASDI | 19.84 | 175.46 |
| | Current | Year To Date |
| **TOTAL** | 27.04 | 239.14 |

## Deductions

| Description | Balance | Current | Year To Date |
|---|---|---|---|
| | Balance | Current | Year To Date |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |

INSTA-PAY™

REORDER FROM CHEQUE-MATE (800) 755-7846 • www.cheque-mate.com

FORM # B-100

**INSTA-PAY™**

| Check Number: | 0067759 |
| Check Date: | 03/21/2008 |
| Period Start: | 03/13/2008 |
| Period Ending: | 03/19/2008 |
| Net: | 292.96 |

| Employee ID: | 0009 |
| Employee Name | JAIME MUNOZ |
| Address | 12219 ALPINE AVE |
| City, State, Zip | LYNWOOD, CA 90262 |
| Phone | |
| Soc. Sec. No. | XXX-XX-8576 |

| Company ID #: | 000001 |
| Employer | AAA ADVANCE FINISHING CO., INC. |
| Address | 11645 S. BROADWAY |
| City, State, Zip | LOS ANGELES, CA 90061 |
| Phone | 323-754-2880 |
| Job Title | |

Comments:

US M-3 CA M-3

## Earnings

| Dept | Description | Hours | Rate | Current | Year To Date |
|---|---|---|---|---|---|
| 3 | Regular Hourly Wages | 40 | 8.00 | 320.00 | 3,150.00 |
| | | | | **Current** | **Year To Date** |
| | | | | 320.00 | 3,150.00 |
| | | | TOTAL | | |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| CA SDI | 2.56 | 25.20 |
| US Medicare/HI | 4.64 | 45.68 |
| US Soc.Sec./OASDI | 19.84 | 155.30 |
| | **Current** | **Year To Date** |
| TOTAL | 27.04 | 266.18 |

## Deductions

| Description | Balance | Current | Year To Date |
|---|---|---|---|
| | **Balance** | **Current** | **Year To Date** |
| | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 |

| Reg Hrs | OT Hrs | DT Hrs | Union Hrs |
|---|---|---|---|
| 40 | 0 | 0 | 0 |

REORDER FROM CHEQUE-MATE (800) 755-7846 • www.cheque-mate.com

FORM # B-100

INSTA-PAY™

| Check Number | | | | |
|---|---|---|---|---|
| 006781 | | | | |

| | | Check Date | Period Start | Period Ending | Net |
|---|---|---|---|---|---|
| | | 04/04/2008 | 03/27/2008 | 04/02/2008 | 292.96 |

**Employee ID** 0009:
**Employee Name** JAIME MUNOZ
**Address** 12219 ALPINE AVE
**City, State, Zip** LYNWOOD, CA 90262
**Phone**
**Soc. Sec. No.** XXX-XX-8576

Comments:

**Company ID #:** 000001
**Employer** AAA ADVANCE FINISHING CO., INC.
**Address** 11845 S. BROADWAY
**City, State, Zip** LOS ANGELES, CA 90061
**Phone** 323-754-2880

**Job Title**

US M-3 CA M-3

## Earnings

| Dept. | Description | Hours | Rate | Current | Year To Date |
|---|---|---|---|---|---|
| 3 | Regular Hourly Wages | 40 | 8.00 | 320.00 | 3,790.00 |
| | **TOTAL** | | | | |

| Reg Hrs | OT Hrs | DT Hrs | Union Hrs | Current | Year To Date |
|---|---|---|---|---|---|
| 40 | 0 | 0 | 0 | 320.00 | 3,790.00 |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| CA SDI | 2.56 | 30.32 |
| US Medicare/HI | 4.64 | 54.96 |
| US Soc.Sec./OASDI | 19.84 | 234.98 |
| **TOTAL** | 27.04 | 320.26 |

## Deductions

| Description | Balance | Current | Year To Date |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 0.00 | 0.00 |

REORDER FROM CHEQUE-MATE (800) 755-7846 • www.cheque-mate.com

FORM # B-100