Mahir T. Sherif (SB# 135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Jesus Fuentes-Reyes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JESUS FUENTES-REYES,<br><br>             Defendant. | Case No.:  08-CR-1443-001-WQH<br><br>PROOF OF SERVICE<br><br>Sentencing: August 11, 2008<br>Time:         9:00 a.m.<br>Honorable:   Honorable William Q. Hayes |

    I hereby declare a copy of Defendant's Sentencing Memorandum, Sentencing Summary Chart and Supporting Documents and were served electronically on the following parties this 7th day of August, 2008, via the CM/ECF system:

///
///
///
///
///
///
///

**Nicole A Jones**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5482
Fax: (619)557-2757
Email: Nicole.Jones@usdoj.gov

**U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
(619)557-5917 (fax)
Efile.dkt.gc2@usdoj.gov


Dated: August 7, 2008                    Respectfully Submitted,



                                         By: s/Mahir T. Sherif
                                             Mahir T. Sherif
                                             mahirsherif@sbcglobal.net
                                             Attorney for Defendant